# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Brenda K. Green,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-3695-PHX DGC<br><br>**ORDER** |
| Sandra Green,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-0467-PHX DGC<br><br>**ORDER** |
| Dexter G. Green,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-3732-PHX DGC<br><br>**ORDER** |
| Brenda G. Green,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-0465-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Melissa Greene,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-3446-PHX DGC<br><br>**ORDER** |
| Ronald Greenwood,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-0532-PHX DGC<br><br>**ORDER** |
| John T. Greer,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-3698-PHX DGC<br><br>**ORDER** |
| Barbara Griffith,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-3271-PHX DGC<br><br>**ORDER** |
| Rona T. Gruber,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-0522-PHX DGC<br><br>**ORDER** |
| Salvatore Guli,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-0641-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jessica L. Gunnells,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-1871-PHX DGC<br><br>**ORDER** |
| Bonnie L. Guy,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-0573-PHX DGC<br><br>**ORDER** |
| Courtney L. Haggard,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV18-3682-PHX DGC<br><br>**ORDER** |
| Gary L. Haines,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV18-4440-PHX DGC<br><br>**ORDER** |
| Dara M. Halbrook,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-0489-PHX DGC<br><br>**ORDER** |
| Bradley S. Hale,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV18-4575-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Gwendolyn Hall,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-3408-PHX DGC<br><br>**ORDER** |
| Debbie A. Hall,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-4410-PHX DGC<br><br>**ORDER** |
| John Hall,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-0533-PHX DGC<br><br>**ORDER** |
| Milo E. Hall,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-4639-PHX DGC<br><br>**ORDER** |
| Robert Hall,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-0534-PHX DGC<br><br>**ORDER** |
| Reynold Gregory Hamadock,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-3426-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Robert Hamersley,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-1872-PHX DGC<br><br>**ORDER** |
| Mary L. Hammond,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-1873-PHX DGC<br><br>**ORDER** |
| Timothy Hampton,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-3447-PHX DGC<br><br>**ORDER** |
| Patsy L. Handy,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-3071-PHX DGC<br><br>**ORDER** |
| Ivory Hankins,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-3754-PHX DGC<br><br>**ORDER** |
| Elizabeth E. Hansen,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-1874-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Corrin M. Hardeman,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-0154-PHX DGC<br><br>**ORDER** |
| Rebecca N. Hardin,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-0643-PHX DGC<br><br>**ORDER** |
| Mike M. Hardinger,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-3449-PHX DGC<br><br>**ORDER** |
| Stephen R. Harlen,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-0537-PHX DGC<br><br>**ORDER** |
| Terry J. Harless,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-0199-PHX DGC<br><br>**ORDER** |
| Cindy M. Harman,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-3687-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Linda E. Harper,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV17-3755-PHX DGC<br><br>**ORDER** |
| Katherine Harrell,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV17-4358-PHX DGC<br><br>**ORDER** |
| Solomon S. Harri,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. s | No. CV18-3470-PHX DGC<br><br>**ORDER** |
| Ralph W. Harris,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV18-3700-PHX DGC<br><br>**ORDER** |
| Irene P. Hartsgrove,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV18-3473-PHX DGC<br><br>**ORDER** |
| Sheryl Harvey,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV16-0214-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Terence L. Harvey,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-3710-PHX DGC<br><br>**ORDER** |
| Jay E. Harvey,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-4356-PHX DGC<br><br>**ORDER** |
| Ocie M. Haughton,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-3474-PHX DGC<br><br>**ORDER** |
| Belinda Havard,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-3301-PHX DGC<br><br>**ORDER** |
| Edna Hawthorne,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-4505-PHX DGC<br><br>**ORDER** |
| Elizabeth Hayes,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-3477-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Stephanie A. Hazard,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-3670-PHX DGC<br><br>**ORDER** |
| Martha M. Hebron,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-2402-PHX DGC<br><br>**ORDER** |
| Gary W. Heeley,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-3695-PHX DGC<br><br>**ORDER** |

The Court has considered the Amended Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20656.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the amended stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20656) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 22nd day of October, 2019.

*David G. Campbell*
_____
David G. Campbell
Senior United States District Judge